SEND-O

FILED
CLERK, U.S. DISTRICT COURT

FEB -8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 03-CR-1291 DSF-7 |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| v. ) | (Fed.R.Crim.P. 32.1(a)(6) |
| Yolanda Rivera Vasquez ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| Defendant. ) | Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///

```
 1        2.   The Court concludes:
 2             A.   (✓) Defendant has failed to demonstrate by clear and
 3                       convincing evidence that she is not likely to pose
 4                       a risk to the safety of any other persons or the
 5                       community.  Defendant poses a risk to the safety
 6                       of other persons or the community based on:
 7                       her mental condition and prior
 8                       criminal history
 9                       _____
10                       _____
11                       _____
12             B.   (✓) Defendant has failed to demonstrate by clear and
13                       convincing evidence that she is not likely to flee
14                       if released.  Defendant poses a flight risk based
15                       on: failure to adhere to terms of
16                       supervised release and to comply with
17                       ~~~~~~~~~ directives of Probation Office"
18                       her current mental health status.
19                       _____
20
21        IT IS ORDERED that defendant be detained.
22
23   DATED:  2/8/10
24
25                                   _____
                                     HONORABLE JACQUELINE CHOOLJIAN
26                                   United States Magistrate Judge
27
28
```